**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

HAROLD HENDERSON

vs.                                    NO. 2:03CV00129 SWW

RANDALL WILLIAMS, ET AL

<u>JUDGMENT ON JURY VERDICT</u>

This action came on for trial on May 5, 2009, before a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatories #1, #2, #3, #4, #5, #6 and #7 on May 8, 2009; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that plaintiff has not proved the elements of his claim of deliberate indifference to his serious medical or dental needs against defendants, Max Mobley Ph. D., Dr. Martin Zoldessy, Dr. Ronald Hill or Dr. Richard Carpenter, pursuant to Interrogatories #1, #3, #4 and #5 and those claims hereby are dismissed.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Harold Henderson has proved the elements of his claim of deliberate indifference to his serious medical or dental needs against defendant Correctional Medical Services, Inc., pursuant to the answer to Interrogatory #2, and defendant is awarded damages in the amount of $850.00, pursuant to Interrogatory #6. Pursuant to Interrogatory #7, no punitive damages will be awarded to defendant.

DATED this 14th day of May 2009.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE